# Third District Court of Appeal

## State of Florida

Opinion filed November 15, 2023.

———————————

No. 3D23-1210
Lower Tribunal No. 23-2343

———————————

**D.J.,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Carlos J. Martinez, Public Defender, and John Eddy Morrison, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Jacqueline I. Kurland, Senior Assistant Attorney General (Fort Lauderdale), for appellee.

Before FERNANDEZ, HENDON and LOBREE, JJ.

PER CURIAM.

D.J., appeals an involuntary commitment order entered by the trial court pursuant to Florida Statute Section 394.467. Upon consideration of the state's commendable concession of error, the trial court's order is reversed. Upon the joint motion of the parties, this court previously ordered D.J.'s release.

Reversed.